# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00069-JAD-CWH |
| Plaintiff, | **ORDER** |
| v. | ECF No. 13 |
| MICHAEL LAVELLE COLLINSWORTH, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, July 23, 2019 at 10:30 a.m., be vacated and continued to September 3, 2019 at 2:30 p.m.

DATED this 17th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE