UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
                               )
                Plaintiff, )      Case No.: 2:19-cr-00069-JAD-CWH
                               )
v.                              )      ECF No. 19
                               )
MICHAEL LAVELLE COLLINSWORTH, )
                               )
                Defendant. )
                               )

**ORDER**

    Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the sentencing hearing in the above-captioned matter, currently scheduled for September 3, 2019, at the hour of 2:30 p.m., be vacated and continued to October 15, 2019, at the hour of 9:30 a.m.

DATED: 8/30/2019                             _____
                                                     UNITED STATES DISTRICT JUDGE