UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MICHAEL LAVELLE COLLINSWORTH,<br><br>                Defendant. | Case No.: 2:19-cr-00069-JAD-CWH<br><br>ECF No. 21 |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the sentencing hearing in the above-captioned matter, currently scheduled for October 15, 2019, at the hour of 9:30 a.m., be vacated and continued to December 23, 2019, at the hour of 10:00 a.m.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE
                                                    DATED: 10/7/2019