UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )
                                    )
                  Plaintiff,        )        Case No.: 2:19-cr-00069-JAD-DJA
                                    )
v.                                  )            [ECF No. 26]
                                    )
MICHAEL LAVELLE COLLINSWORTH,       )
                                    )
                  Defendant.        )
_____)

### **ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the sentencing hearing in the above-captioned matter, currently scheduled for March 16, 2020, at the hour of 10:00 a.m., be vacated and continued to May 26, 2020, at the hour of 10:00 a.m.

_____
UNITED STATES DISTRICT JUDGE
DATED: February 12, 2020.