UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00069-JAD-DJA |
| Plaintiff, | ECF No. 29 |
| v. | |
| MICHAEL LAVELLE COLLINSWORTH, | |
| Defendant. | |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the sentencing hearing in the above-captioned matter, currently scheduled for May 26, 2020, at the hour of 10:00 a.m., be vacated and continued to August 31, 2020, at the hour of 10:00 a.m.

Dated: May 18, 2020.

_____
UNITED STATES DISTRICT JUDGE