1
2          UNITED STATES DISTRICT COURT
3
4          FOR THE DISTRICT OF NEVADA

5  UNITED STATES OF AMERICA,         )
6                                    )
                Plaintiff,            )   Case No.: 2:19-cr-00069-JAD-DJA
7                                    )
8  v.                                )   ECF No. 33
                                      )
9  MICHAEL LAVELLE COLLINSWORTH,     )
                                      )
10              Defendant.            )
11 _____ )

12                          **ORDER**

13     Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS**
14 **HEREBY ORDERED**, that the sentencing hearing in the above-captioned matter, currently
15 scheduled for December 14, 2020, at the hour of 11:00 a.m., be vacated and continued to
16 March 15, 2021, at the hour of 11:00 a.m.
17
18                                        _____
                                          UNITED STATES DISTRICT JUDGE
19                                          Dated: November 25, 2020.
20
21
22
23
24
25
26
27
28

4