UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>               Plaintiff,            )<br>                                                      )<br>v.                                               )<br>                                                      )<br>MICHAEL LAVELLE COLLINSWORTH, )<br>                                                      )<br>               Defendant.         )<br>_____ ) | Case No.: 2:19-cr-00069-JAD-DJA<br><br>ECF No. 35 |

**<u>ORDER</u>**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the sentencing hearing in the above-captioned matter, currently scheduled for March 15, 2021, at the hour of 11:00 a.m., be vacated and continued to June 14, 2021 at the hour of 11:00 a.m.

DATED: February 8, 2021.

_____
UNITED STATES DISTRICT JUDGE