UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:19-cr-00069-JAD-DJA |
| | ) | |
| v. | ) | |
| | ) | ECF No. 37 |
| MICHAEL LAVELLE COLLINSWORTH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the sentencing hearing in the above-captioned matter, currently scheduled for June 14, 2021, at the hour of 11:00 a.m., be vacated and continued to August 30, 2021, at 10:00 a.m.

_____
UNITED STATES DISTRICT JUDGE