1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8

9   UNITED STATES OF AMERICA,                    2:19-CR-069-JAD-DJA

10           Plaintiff,                          **Final Order of Forfeiture**

11      v.

12   MICHAEL LAVELLE COLLINSWORTH,

13           Defendant.

14      The United States District Court for the District of Nevada entered a Preliminary

15   Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C.

16   § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Michael Lavelle

17   Collinsworth to the criminal offense, forfeiting the property set forth in the Plea Agreement

18   and the Forfeiture Allegation of the Criminal Information and shown by the United States

19   to have the requisite nexus to the offense to which Michael Lavelle Collinsworth pled guilty.

20   Criminal Information, ECF No. 4; Plea Agreement, ECF No. 6; Arraignment & Plea, ECF

21   No. 7; Preliminary Order of Forfeiture, ECF No. 11.

22      This Court finds that on the government's motion, the Court may at any time enter

23   an order of forfeiture or amend an existing order of forfeiture to include subsequently

24   located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and

25   32.2(b)(2)(C).

26      This Court finds the United States published the notice of forfeiture in accordance

27   with the law via the official government internet forfeiture site, www.forfeiture.gov,

28   consecutively from July 3, 2019, through August 1, 2019, notifying all potential third parties

of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 18-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1.     Lorcin subcompact .380 caliber semiautomatic pistol, serial number 436964;

2.     6 rounds of .380 caliber ammunition; and

3.     any and all ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED August 30, 2021.


_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE